**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Henry Greene,<br><br>           Plaintiff,<br><br>vs.<br><br>Redentor Espiritu, et al.,<br><br>           Defendants. | No. CV 11-0206-PHX-NVW (DKD)<br><br><br>**ORDER** |

This matter arises on Plaintiff's Motion for the Appointment of Counsel (Second Request) (Doc. 29). Plaintiff requests that the court appoint counsel because the issues in this matter are complex and because of medical issues.

Plaintiff's first request to appoint legal counsel was denied on September 25, 2011 (Doc. 25). Defendants oppose Plaintiff's request (Doc. 31). Plaintiff has again failed to demonstrate a likelihood of success on the merits, or show that he is experiencing difficulty in litigating this case because of the complexity or medical issues involved. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for the Appointment of Counsel (Doc. 29) is **DENIED** without prejudice.

DATED this 22nd day of February, 2012.

_____
David K. Duncan
United States Magistrate Judge